## PETER PRIDE *against* SAMUEL THOMPSON.

### IN ERROR.

An award of arbitrators, in an action of covenant, finding a sum due to the defendant by the plaintiff, is good.

WRIT of error to *Venango* county.

This was an action of covenant, in which the plaintiff in error was the plaintiff below.

Defendant pleaded, "covenants performed, *absque hoc;* no breach. Issue.

The cause was referred, under the compulsory arbitration act, and the arbitrators made an award in favor of the defendant for twenty dollars.

Error assigned. "The arbitrators had no power, in an action of covenant, and on the defendants pleas, to award a sum in favor of the defendant; or to receive evidence of set-off, which they must have done."

*Galbreath* and *Pearson* for plaintiff in error.

*Bredin* for defendant in error.

See opinion in *Le Barron* v. *Harriott, ante* 154.

Judgment affirmed.